No. 92–6247. FUENTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6249. FROOM v. BARON. C. A. 2d Cir. Certiorari denied.

No. 92–6285. GREENE v. ENRIGHT, CLERK, COURT OF COMMON PLEAS OF FRANKLIN COUNTY, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–6306. BATES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6317. MULVILLE v. NORWEST BANK DES MOINES, NA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6328. MOSEANKO v. FRIEDT ET AL. Sup. Ct. N. D. Certiorari denied.

No. 92–6349. WILKES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6381. HARRISON, AKA ABDAL MATIYN v. MCKASKLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6399. KUNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6400. ENGLAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6402. HENDERSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6419. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6422. O'NEAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6426. BUSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.